SO ORDERED: December 14, 2018.



_____
**Robyn L. Moberly
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SGENERIC (rev 12/2017)

In re:

**USA Gymnastics**,
        Debtor.

Case No. **18–09108–RLM–11**

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

A Motion to Appear Pro Hac Vice was filed on December 13, 2018, by Adam L. Kochenderfer.

**IT IS ORDERED** that the Motion to Appear Pro Hac Vice is **GRANTED**.

Attorney for Creditor Sexual Abuse Survivors must distribute this order.

###